Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANCHORAGE SCHOOL BOARD and ANCHORAGE SCHOOL DISTRICT, <br><br> Defendants. | Case No. 3:25-cv-00165-SLG |

**ANSWER TO COMPLAINT FOR**
**DECLARATORY AND INJUNCTIVE RELIEF**

Defendants Anchorage School Board ("ASB" or "Board") and Anchorage School District ("ASD") answer Plaintiff's Complaint for Declaratory and Injunctive Relief as follows:

1. Plaintiff's complaint and the Alaska School Board Policy No. 3311.2 speak for themselves and are the best evidence of their contents. Otherwise, denied.

136650\271699\48547305

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG   Document 6   Filed 08/08/25   Page 1 of 9

2. Admit that Paragraph 2 contains an accurate quotation from BP 3311.2. Otherwise, denied.

3. Admit that ASD has implemented BP 3311.2 in the past year. The allegations in Paragraph 3 are otherwise denied.

4. Denied.

5. Denied.

6. Admit that ABC is an industry trade association and non-profit corporation in good standing with the State of Alaska. Defendants lack information sufficient to admit or deny the remaining allegations in Paragraph 6.

7. The allegations in Paragraph 7 state a legal conclusion to which no response is required. To the extent a response is required, the allegations are denied.

8. Admit.

9. Admit.

10. Admit that AS 22.10.020 conferred jurisdiction upon the Alaska Superior Court, and that this matter was subsequently removed to the United States District Court for the District of Alaska.

11. Admit that venue was proper in the Superior Court for the State of Alaska at Anchorage, and that this matter was subsequently removed to the United States District Court for the District of Alaska.

12. Defendants lack information sufficient to admit or deny the allegations in Paragraph 12.

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.
CASE NO. 3:25-CV-00165-SLG – PAGE 2 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG   Document 6   Filed 08/08/25   Page 2 of 9

13. Admit.

14. Admit that Article II, ¶ 11 of the Anchorage Municipal Charter guarantees "the right—whether as a contractor, as a taxpayer, or both—to competitive bidding for goods and services furnished to the municipality, subject only to exceptions established by ordinance." The remaining allegations in Paragraph 14 state legal conclusions to which no response is required. To the extent a response is required, the allegations are denied.

15. Admit.

16. Admit BP 3311 is in accordance with 4 AAC 31.080(a), which provides that "[a] school district shall construct a public educational facility with money provided through a grant under AS 14.11.011 - AS 14.11.020 or shall construct a public educational facility that is eligible for reimbursement under AS 14.11.100 under a written contract awarded on the basis of competitive sealed bids. If the estimated construction cost is less than $100,000 or if it is in the best interests of the state, the school district may, with the approval of the commissioner, construct the educational facility itself using its own employees." Otherwise, denied.

17. Admit that the Anchorage School Board adopted BP 3311.2 in March 2022. Otherwise, denied.

18. Admit that Paragraph 18 accurately quotes BP 3311.2. Otherwise, denied.

19. Admit that ASD began implementing BP 3311.2 after it was adopted by the Board. Otherwise, denied.

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.
CASE NO. 3:25-CV-00165-SLG – PAGE 3 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 6    Filed 08/08/25    Page 3 of 9

20. Admit.

21. Admit.

22. Admit that BP 3311.2(G) states "The SCWA included in the procurement documents may only be revised or modified for a particular project upon mutual written agreement between the District, the contractor awarded the qualifying district project and the Trades Council before issuance of the Notice to Proceed." Otherwise, denied.

23. Admit that CWA requirements were included in solicitations for the Chugiak High School Roof Replacement and Restoration Project and the Districtwide Entryway Security Group 5 Project at Kasuun, Lake Hood, and Klatt Elementary schools. Otherwise, denied.

24. Admit that the CWA template included in the solicitations for the Chugiak High School Roof Replacement and Restoration Project and the Districtwide Entryway Security Group 5 Project at Kasuun, Lake Hood, and Klatt Elementary schools is substantially similar to the October 2023 Master Template. The CWA template speaks for itself and is the best evidence of its content. Otherwise, denied.

25. Denied.

26. Denied.

27. Denied.

28. Admit that the CWA template included in the solicitation for the Chugiak High School Roof Replacement and Restoration Project requires contractors to utilize

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.
CASE NO. 3:25-CV-00165-SLG – PAGE 4 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 6    Filed 08/08/25    Page 4 of 9

apprentices "in accordance with the signatory labor organization's CBA that predominantly covers the work associated with this CWA." Otherwise, denied.

29. Denied.

30. Admit that the CWA template required bidders on the Chugiak High School project to assent to signing an agreement with unions operating through regional offices in Alaska but headquartered out of state. Otherwise, denied.

31. Admit that the successful awardee was required to use apprentices from certain approved union apprenticeship programs. Otherwise, denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

**COUNT I – VIOLATION OF THE ANCHORAGE MUNICIPAL CHARTER**

39. Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

40. Admit.

41. Admit.

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.
CASE NO. 3:25-CV-00165-SLG – PAGE 5 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG   Document 6   Filed 08/08/25   Page 5 of 9

42. The allegations in Paragraph 42 state a legal conclusion to which no response is required.

43. Admit.

44. Admit.

45. Admit that BP 3311 provides for the "fair and equitable treatment of all persons who deal with the procurement system." Deny that BP 3311.2 violates ASD's policies regarding competitive bidding contained in BP 3311. The remaining allegations in Paragraph 45 state a legal conclusion to which no response is required.

46. Denied.

## COUNT II
## VIOLATION OF PLAINTIFF'S FREE ASSOCIATION AND FREE SPEECH RIGHTS UNDER THE FIRST AMENDMENT

47. Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

48. The allegations in Paragraph 48 state a legal conclusion to which no response is required.

49. The allegations in Paragraph 49 state a legal conclusion to which no response is required.

50. The allegations in Paragraph 50 state a legal conclusion to which no response is required.

51. The allegations in Paragraph 51 state a legal conclusion to which no response is required.

Answer to Complaint for Declaratory and Injunctive Relief
Associate Builders & Contractors v. Anchorage School Board, et al.
Case No. 3:25-cv-00165-SLG – Page 6 of 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 6    Filed 08/08/25    Page 6 of 9

52. Defendants lack information sufficient to admit or deny the allegations in Paragraph 52.

53. Defendants lack information sufficient to admit or deny the allegations in Paragraph 53.

54. Defendants lack information sufficient to admit or deny the allegations in Paragraph 54.

55. Denied.

56. Denied.

**COUNT III – VIOLATION OF EQUAL PROTECTION**

57. Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

58. Admit.

59. Denied.

60. Denied.

**COUNT IV – PREEMPTION UNDER THE NLRA**

61. Defendants incorporate their responses to the preceding paragraphs as if fully set forth herein.

62. The allegations in Paragraph 62 state a legal conclusion to which no response is required.

63. The allegations in Paragraph 63 state a legal conclusion to which no response is required.

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.
CASE NO. 3:25-CV-00165-SLG – PAGE 7 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 6    Filed 08/08/25    Page 7 of 9

64. The allegations in Paragraph 64 state a legal conclusion to which no response is required.

65. Denied.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's complaint fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust administrative remedies.

3. Plaintiff's claims are barred, in whole or in part, by the doctrines of mootness and/or ripeness.

## PRAYER FOR RELIEF

WHEREFORE, Defendants pray for relief as follows:

1. That Plaintiff's complaint be dismissed with prejudice, and Plaintiff take nothing thereby.

2. For an award of Defendants' cost and attorneys' fees as provided by law.

3. For such other and further relief as the Court deems just and equitable under the circumstances.

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
*ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.*
CASE NO. 3:25-CV-00165-SLG – PAGE 8 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG     Document 6     Filed 08/08/25     Page 8 of 9

DATED at Anchorage, Alaska, this 8th day of August, 2025.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Defendants

By: /s/Peter A. Scully
Matthew Singer
Alaska Bar No. 9911072
msinger@schwabe.com
Peter A. Scully
Alaska Bar No. 1405043
pscully@schwabe.com

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, a true and correct copy of the *ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF* was served via the Court's CM/ECF electronic filing system on the following counsel of record:

Michael C. Geraghty
William G. Cason
Holland & Hart LLP
420 L Street, Suite 550
Anchorage, AK 99501
Email: mcgeraghty@hollandhart.com
wgcason@hollandhart.com
intaketeam@hollandhart.com

/s/Peter A. Scully

ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
*ASSOCIATE BUILDERS & CONTRACTORS V. ANCHORAGE SCHOOL BOARD, ET AL.*
CASE NO. 3:25-CV-00165-SLG – PAGE 9 OF 9

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG   Document 6   Filed 08/08/25   Page 9 of 9