Matthew Singer
Peter A. Scully
SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125
Facsimile: (503) 796-2900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATED BUILDERS AND CONTRACTORS OF ALASKA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANCHORAGE SCHOOL BOARD and ANCHORAGE SCHOOL DISTRICT,<br><br>Defendants. | Case No. 3:25-cv-00165-SLG |

**NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE**

Defendants Anchorage School Board and the Anchorage School District hereby notify the Court and parties that they do not oppose the Building and Construction Trades Council of Southcentral Alaska's Motion to Intervene filed at Dkts. 12 and 15.

///

///

///

136650\271699\49217187

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 21    Filed 10/28/25    Page 1 of 2

DATED at Anchorage, Alaska, this 28th day of October, 2025.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys for Defendants

By: /s/Peter A. Scully
Peter A. Scully
Alaska Bar No. 1405043
pscully@schwabe.com
Matthew Singer
Alaska Bar No. 9911072
msinger@schwabe.com

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a true and correct copy of the *NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE* was served via the Court's CM/ECF electronic filing system on the following counsel of record:

| | |
|---|---|
| Michael C. Geraghty<br>William G. Cason<br>HOLLAND & HART LLP<br>Email: mcgeraghty@hollandhart.com<br>    wgcason@hollandhart.com<br>    intaketeam@hollandhart.com | Jonathan D. Newman<br>Jacob J. Demree<br>Courtney Kirbis<br>SHERMAN DUNN, P.C.<br>Email: newman@shermandunn.com<br>    demree@shermandunn.com<br>    kirbis@shermandunn.com |

and by email on the following:

Daniel Hutzenbiler
Andrew Toney-Noland
MCKANNA BISHOP & JOFFE
Email: dhutzenbiler@mbjlaw.com
    atoney-noland@mbjlaw.com

/s/Peter A. Scully

NOTICE OF NON-OPPOSITION TO MOTION TO INTERVENE
*ASSOCIATED BUILDERS & CONTRACTORS v. ANCHORAGE SCHOOL BOARD, ET AL.*
CASE NO. 3:25-CV-00165-SLG – PAGE 2 OF 2

SCHWABE, WILLIAMSON & WYATT, P.C.
420 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 339-7125

Case 3:25-cv-00165-SLG    Document 21    Filed 10/28/25    Page 2 of 2