# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Associated Builders and Contractors of Alaska, Inc.<br><br>　　　　　　　　　　Plaintiff(s),<br>vs.<br>Anchorage School Board;<br>Anchorage School District<br><br>　　　　　　　　　　Defendant(s). | Case No. 3:25-cv-165-SLG<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Shiva Michael Sethi, (name) hereby apply for permission to appear and participate as counsel for Building & Construction Trades Council of South Central Alaska (Name of party), Intervenor (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: October 30, 2025

_____
(Signature)

Shiva Michael Sethi
(Printed Name)

900 Seventh Street, N.W., Suite 1000
(Address)

Washington, D.C., 20001
(City/State/Zip)

202-785-9300
(Telephone Number)

sethi@shermandunn.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Shiva Michael Sethi

Business Address: 900 Seventh Street, N.W., Suite 1000, Washington, D.C., 20001
(Mailing/Street) (City, State, ZIP)

Residence: 121 12th St. S.E., Apt 300, Washington, D.C., 20003
(Mailing/Street) (City, State, ZIP)

Business Telephone: 202-785-9300    e-mail address: sethi@shermandunn.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| D.C. Court of Appeals | 420 E Street, N.W., Washington, D.C. 20001 | 2025 |
| U.S. Court of Appeals 4th Cir. | 1100 East Main Street, Richmond, VA 23219 | 2025 |
| U.S. District Court of Maryland | 101 West Lombard Street, Baltimore, MD 21201 | 2025 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: October 30, 2025

_____
(Signature of Applicant)



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Shiva Michael Sethi

*was duly qualified and admitted on January 8, 2025 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October 30, 2025.***

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*